IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES DIGIGLIO, | : | |
| Plaintiff, | : | 1:16-cv-1454 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DAVE LINK, et al., | : | |
| Defendants. | : | |

## ORDER

### October 7, 2016

NOW THEREFORE, upon consideration of Plaintiff's complaint (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 2) to proceed *in forma pauperis* is GRANTED.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                    s/ John E. Jones III
                                                    John E. Jones III
                                                    United States District Judge